**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1618**

———————

THOMAS P. BUDNICK,

Plaintiff – Appellant,

v.

PREMIER EXHIBITIONS, INC., parent of RMS Titanic, Inc., her
tackle, armament, apparel, appurtenances, cargo and
property within the abandoned vessel admiralty placer
mining claim located about 414332 north latitude and 495649
west longitude, believed to be the RMS Titanic, in rem,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, Chief
District Judge. (2:12-cv-00035-RBS-TEM)

———————

Submitted: November 20, 2012          Decided: November 26, 2012

———————

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas P. Budnick, Appellant Pro Se. Erin Quinn Ashcroft, Robert
W. McFarland, MCGUIRE WOODS, LLP, Norfolk, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas P. Budnick appeals the district court's order granting Defendant's motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Budnick v. Premier Exhibitions, Inc., No. 2:12-cv-00035-RBS-TEM (E.D. Va. Apr. 10, 2012). We grant Budnick's application to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED